# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
EDT Constructors, Inc. ) ASBCA No. 60542
)
Under Contract No. W912QR-1-C-0066 )

APPEARANCE FOR THE APPELLANT: Sean Milani-nia, Esq.
 Fox Rothschild LLP
 Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
 Engineer Chief Trial Attorney
 Michael L. Graves, Jr., Esq.
 Laura J. Arnett, Esq.
 Engineer Trial Attorneys
 U.S. Army Engineer District, Savannah

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 8 February 2017

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60542, Appeal of EDT Constructors, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals